IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DERRICK BERNARD DORSEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| VS. | : | CASE NO. 5:14-CV-228-MTT |
| | : | |
| DAVID COOKE, JR., | : | |
| | : | 42 U.S.C. § 1983 |
| Defendant. | : | |

## O R D E R

Plaintiff Derrick Dorsey, a state prisoner currently confined at the Turner County Jail, has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. In an Order dated June 20, 2014 (Doc. 5), the Magistrate Judge ordered Plaintiff to pay the filing fee or file a proper motion to proceed *in forma pauperis* within twenty-one days of the date of the Order. That deadline passed, and the Court did not receive the filing fee or a proper motion. Plaintiff was then ordered to respond and show cause why his lawsuit should not be dismissed for failure to comply with the Court's Order. (Doc. 6.) Plaintiff has failed to file a response to that order within the time allowed.

WHEREFORE, Plaintiff's complaint is hereby DISMISSED without prejudice for his failure to comply with the Court's order.

SO ORDERED, this 26th day of September, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

lws